PEASELEY v. COKE CO.

No. 61 PC.

Case below: 5 N.C. App. 713.

Petition for writ of *certiorari* to North Carolina Court of Appeals denied 16 October 1969.

SMITH v. PERKINS

No. 14 PC.

Case below: 5 N.C. App. 120.

Petition for writ of *certiorari* to North Carolina Court of Appeals denied 29 August 1969.

STATE v. CHAPMAN

No. 36 PC.

Case below: 4 N.C. App. 438.

Petition for writ of *certiorari* to North Carolina Court of Appeals denied 29 August 1969.

STATE v. CULP

No. 54 PC.

Case below: 5 N.C. App. 625.

Petition for writ of *certiorari* to North Carolina Court of Appeals denied 7 October 1969.

STATE v. JENNINGS

No. 13 PC.

Case below: 5 N.C. App. 132.

Petition for writ of *certiorari* to North Carolina Court of Appeals allowed 29 August 1969.

STATE v. McCOY

No. 60 PC.

Case below: 3 N.C. App. 420.

Petition for writ of *certiorari* to North Carolina Court of Appeals denied 16 October 1969 without prejudice to petitioner's right to file a post conviction proceeding in the Superior Court of Nash County, or seek executive clemency as he may be advised.